UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SABA HABTE,

Plaintiff,

v.

AMERICAN EXPRESS FINANCIAL ADVISORS, INC., ET AL.,

Defendants.

Case No. 00-333 ADM/AJB

**AMENDED NOTICE OF PRETRIAL CONFERENCE**

---

You are hereby given notice that the pretrial conference in the above referenced case previously scheduled for April 25, 2000, at 1:45 p.m. will now be heard at **3:00 p.m. on April 25, 2000.**

Settlement negotiations shall take place at such conference. Counsel who will actually try the case and each party, armed with full settlement discretion, shall be present. As ordered in the Court's Notice of Pretrial Conference dated March 14, 2000, Each party shall submit a Letter/Memorandum concerning settlement, which shall remain confidential between the Court and that party. The confidential letter shall be delivered to Magistrate Judge Boylan's chambers at least three days prior to the pretrial conference.

Dated: 4/13/00

Arthur J. Boylan
U. S. Magistrate Judge

Filed APR 14 2000
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________