UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Saba Habte,<br><br>Plaintiff,<br><br>v.<br><br>American Express Financial Advisors, Inc., et al.<br><br>Defendant. | File No. 00-CIV-333 (ADM/AJB)<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER** |

WHEREAS, Defendant has allowed Plaintiff extensions in responding to discovery requests; and

WHEREAS, Plaintiff has agreed to allow Defendant an extension in providing expert disclosures due to scheduling conflicts of Defendant's chosen expert;

The parties stipulate and agree to a change in the Scheduling Order as follows:

1. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written

FILED JUL 10 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

report prepared and signed by the expert witness, shall be made by Defendant on or before September 5, 2000.

Dated: July 5, 2000

FAEGRE & BENSON LLP

Mary E. Stumo, #122440
Marcy R. Frost, #229933
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

Attorneys for Defendant American Express Financial Advisors, Inc.

Dated: 7/6, 2000

GANT LAW FIRM, P.A.

Jesse Gant, III, #214772
670 North Grain Exchange Building
301 South Fourth Avenue
Minneapolis, MN 55415
(612) 342-2565
Attorneys for Plaintiff Saba Habte

ORDER

The Scheduling Order filed April 26, 2000 is amended as set forth above.

Dated: 7/10/00

Arthur J. Boylan
United States Magistrate Judge

M1:639596.01