UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Saba Habte,<br><br>Plaintiff,<br><br>v.<br><br>American Express Financial Advisors, Inc., et al.<br><br>Defendant. | File No. 00-CIV-333 (ADM/AJB)<br><br>**STIPULATION FOR AND ORDER OF DISMISSAL WITH PREJUDICE** |

The parties to this action, by and through their undersigned counsel, stipulate to the dismissal with prejudice of Plaintiff's Complaint. This stipulation is made pursuant to Rule 41 of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

Dated: 8/25, 2000

GANT LAW FIRM

Michael Verbrick (#0280033)
670 North Grain Exchange Building
301 South Fourth Avenue
Minneapolis, MN 55415

Attorney for Plaintiff

Dated: August 28, 2000

FAEGRE & BENSON LLP

Mary E. Stumo (#12244[illegible])
Marcy R. Frost (#22993[illegible])
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 5540[illegible]-3901

Attorneys for Defendant

IT IS SO ORDERED, this 21st day of September, 2000.

United States District Court Judge

FILED SEP 21 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

M1:655481.01

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| Saba Habte,<br><br>Plaintiff,<br><br>v.<br><br>American Express Financial Advisors, Inc., et al.<br><br>Defendant. | ) | File No. 00-CIV-333 (ADM/AJB)<br><br>**SATISFACTION OF JUDGMENT** |

Marcy R. Frost, attorney for the judgment creditor American Express Financial Advisors, Inc., does hereby certify that the judgment entered in the above-captioned action on July 27, 2000 in favor of American Express Financial Advisors, Inc. and against Jesse Gant, III for the sum of $2,632.40 has been paid and satisfied in full; and the United States District Court for the District of Minnesota is hereby authorized to discharge said judgment of record.

Dated: September 19, 2000

FAEGRE & BENSON LLP

Marcy R Frost

Mary E. Stumo (#122440)
Marcy R. Frost (#229932)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

Attorneys for Judgment Creditor
American Express Financial Advisors, Inc.

Subscribed and sworn to before me
this 19th day of September, 2000.

Jean M. Ridley
Notary Public
M1:664551.01

JEAN M. RIDLEY
Notary Public
Minnesota
My Commission Expires Jan. 31, 2005